## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Zachary Vergara

          Plaintiff,

v.                      Case No.: 1:19−cv−06374
                     Honorable Gary Feinerman

Nintendo of America Inc.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 26, 2020:

  MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 4/8/2020 at 9:00 a.m. Argument held on Defendant's motion to compel arbitration [16].Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.