**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZACHARY VERGARA, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>v.<br><br>NINTENDO OF AMERICA INC., a Washington corporation,<br><br>    Defendant. | No. 1:19-cv-06374<br><br>Honorable Gary S. Feinerman<br><br>Magistrate Judge Jeffrey T. Gilbert |

**JOINT STATUS REPORT AND
STIPULATION TO DISMISS WITHOUT PREJUDICE**

On May 21, 2020, the Court granted Defendant Nintendo of America Inc.'s Motion to Compel Arbitration. ECF No. 45. The Court also stayed this action and ordered the parties to file by September 18, 2020, a joint status report regarding any arbitration. ECF No. 44.

The Parties stipulate that the Court should dismiss this action without prejudice and have included with this submission a proposed order addressing the same.

//
//
//
//
//
//
//
//
//
//
//

149551271

| | |
|---|---|
| Dated: September 18, 2020 | Zachary Vergara |
| | By: s/ Eugene Y. Turin (with permission)<br>His Attorney |
| | Eugene Y. Turin<br>**MCGUIRE LAW, P.C.**<br>55 W. Wacker Drive, 9th Floor Chicago, IL 60601<br>Telephone: 312.893.7002<br>Fax: 312.275.7895<br>Email: eturin@mcgpc.com |
| Dated: September 18, 2020 | Nintendo of America Inc. |
| | By: s/ Eric J. Weiss<br>One of Its Attorneys |
| | Christopher B. Wilson<br>Kathleen A. Stetsko<br>**PERKINS COIE LLP**<br>131 S Dearborn Street # 1700<br>Telephone: 312.324.8400<br>Fax: 312.324.9400<br>Email: CWilson@perkinscoie.com<br>Email: KStetsko@perkinscoie.com |
| | David J. Burman (*pro hac vice*)<br>Eric J. Weiss (*pro hac vice*)<br>Mallory Gitt Webster<br>**PERKINS COIE LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Fax: 206.359.9000<br>Email: DBurman@perkinscoie.com<br>Email: EWeiss@perkinscoie.com<br>Email: MWebster@perkinscoie.com |

149551271

## **CERTIFICATE OF SERVICE**

On this date I caused a true and correct copy of the foregoing Joint Status Report and Stipulation to Dismiss Without Prejudice to be served on each of the attorneys identified below, via the delivery methods indicated below:

| | |
|---|---|
| Eugene Y. Turin | **X**   Via the Clerk's eFiling Application |
| **MCGUIRE LAW, P.C.** | ___   Via U.S. Mail, 1st Class |
| 55 W. Wacker Drive, 9th Floor | ___   Via Overnight Delivery |
| Chicago, IL 60601 | ___   Via Facsimile |
| Telephone: 312.893.7002 | **X**   Via Email |
| Fax: 312.275.7895 | ___   Other: _____ |
| Email: eturin@mcgpc.com | |

*Attorney for Zachary Vergara*

Dated: September 18, 2020         By:  s/ Mallory Gitt Webster

149551271