**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ZACHARY VERGARA, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br> v.<br><br>NINTENDO OF AMERICA INC., a Washington corporation,<br><br>    Defendant. | No. 1:19-cv-06374<br><br>Honorable Gary S. Feinerman<br><br>Magistrate Judge Jeffrey T. Gilbert |

**[PROPOSED] ORDER GRANTING
STIPULATION TO DISMISS WITHOUT PREJUDICE**

  This matter comes before the Court on the Parties' Joint Status Report and Stipulation to Dismiss Without Prejudice. ECF No. 48 (Sept. 18, 2020). The Court, having thoroughly considered the Stipulation, ORDERS that this action is DISMISSED without prejudice.

  DATED this ___ day of _____, 2020.


                _____
                THE HONORABLE GARY S. FEINERMAN
                UNITED STATES DISTRICT JUDGE

149581793

- 2 -

| | |
|---|---|
| Presented by: | Zachary Vergara |
| | By: s/ Eugene Y. Turin (with permission) |
| | His Attorney |
| | Eugene Y. Turin |
| | **MCGUIRE LAW, P.C.** |
| | 55 W. Wacker Drive, 9th Floor |
| | Chicago, IL 60601 |
| | Telephone: 312.893.7002 |
| | Fax: 312.275.7895 |
| | Email: eturin@mcgpc.com |
| Presented by: | Nintendo of America Inc. |
| | By: s/ Eric J. Weiss |
| | One of Its Attorneys |
| | Christopher B. Wilson |
| | Kathleen A. Stetsko |
| | **PERKINS COIE LLP** |
| | 131 S Dearborn Street # 1700 |
| | Telephone: 312.324.8400 |
| | Fax: 312.324.9400 |
| | Email: CWilson@perkinscoie.com |
| | Email: KStetsko@perkinscoie.com |
| | David J. Burman (*pro hac vice*) |
| | Eric J. Weiss (*pro hac vice*) |
| | Mallory Gitt Webster |
| | **PERKINS COIE LLP** |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101-3099 |
| | Telephone: 206.359.8000 |
| | Fax: 206.359.9000 |
| | Email: DBurman@perkinscoie.com |
| | Email: EWeiss@perkinscoie.com |
| | Email: MWebster@perkinscoie.com |

149581793

## CERTIFICATE OF SERVICE

On this date I caused a true and correct copy of the foregoing [Proposed] Order Granting Stipulation to Dismiss Without Prejudice to be served on each of the attorneys identified below, via the delivery methods indicated below:

| | |
|---|---|
| Eugene Y. Turin<br>**MCGUIRE LAW, P.C.**<br>55 W. Wacker Drive, 9th Floor<br>Chicago, IL 60601<br>Telephone: 312.893.7002<br>Fax: 312.275.7895<br>Email: eturin@mcgpc.com<br><br>*Attorney for Zachary Vergara* | **X**   Via the Clerk's eFiling Application<br>___   Via U.S. Mail, 1st Class<br>___   Via Overnight Delivery<br>___   Via Facsimile<br>**X**   Via Email<br>___   Other: _____ |

Dated: September 18, 2020            By: s/ Mallory Gitt Webster