## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Zachary Vergara

                        Plaintiff,

v.                                                              Case No.: 1:19−cv−06374
                                                                    Honorable Gary Feinerman

Nintendo of America Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 21, 2020:

       MINUTE entry before the Honorable Gary Feinerman:The parties have filed a stipulation to dismiss without prejudice (Dkt. 48−1), the terms of which are set forth therein. The status hearing set for 9/25/2020 [44] is stricken. Civil case closed.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.